Form 210A (10/06)

# United States Bankruptcy Court
## District of COLORADO

In re

Erin K. Hane

13774 Linden Ct
Thorton, CO  80602

Chapter 13
Case No. 07-15519

## NOTICE OF TRANSFER OF CLAIM FOR OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C § 1111 (a).  Transferee hereby gives notice pursuant to Rule 3001 (e) (2), FRBP to the transfer, other than for security, of the claim referenced in this notice.

eCAST Settlement Corporation
Name of Transferee

Name and Address where notices to
Transferee should be sent:

eCAST Settlement Corporation
C/O Bass & Associates, P.C.
3936 E. Ft. Lowell Rd.
Tucson, AZ 85712
Telephone: (520) 577-1544 (Servicer)

Last Four Digits of Account #   ************7092

Name and Address where transferee payments
should be sent (if different from above):
eCAST Settlement Corporation
PO Box 7247-6971
Philadelphia, PA. 19170-6971

Household Bank (SB), N.A.
Name of Transferor

Court Claim # (if known):   11
Amount of Claim:            8360.01
Date Claim Filed:           09/18/2007
Amended Claim #:
Amended Date Claim Filed:

Name and Current Address of Transferor
Household Bank (SB), N.A.
C/O Bass & Associates, P.C.
3936 E. Ft. Lowell Rd.
Tucson, AZ 85712
Telephone: (520) 577-1544

Last Four Digits of Account #:   ************7092

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/   Patti H Bass
         Patti H Bass, Esq  (AZ 016849)
         Attorney for Creditor
         Bass & Associates, P.C.
         3936 E Ft Lowell Rd, Suite 200
         Tucson, AZ 85712
         (520) 577-1544
         ecf@bass-associates.com

Date:   01/15/2008

Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U. S. C. §§ 152 & 3571.

**Exhibit 3**

## ASSIGNMENT OF ACCOUNTS

Household Bank (SB),N.A., Household Card Services, Inc., Household Retail Services, Inc. and Household Receivables Acquisition Company ("Seller"), for value received, without recourse, to the extent permitted by applicable law, transfers, sells, assigns, conveys, grants and delivers to HPLAST ("Buyer"), all right, title and interest in and to (a) Seller's consumer credit card account, open end accounts, or closed end accounts, which are described on a schedule furnished by Seller to Buyer in connection herewith; and (b) all proceeds of such accounts (each, an "Account") after the close of business on September 24, 2007.

Pursuant to the foregoing assignment, Seller stipulates that Buyer September be substituted for Seller as the valid owner of each of the Accounts, and hereby waives any notice or hearing requirements imposed by Bankruptcy Rule 3001 (e) (2), or otherwise.

Dated: September 24, 2007

HSBC PRIVATE LABEL ACQUISITION CORPORATION (USA) ("HPLAC")

By: _____
Alan M. Zugehar
GROUP DIR - RS COLLECTIONS

HOUSEHOLD BANK (SB), N.A.

By: _____
Alan M. Zugehar
GROUP DIR - RS COLLECTIONS

BRIGHT PROSPECTS, LTD.

By: _____
Alan M. Zugehar
GROUP DIR - RS COLLECTIONS